Casey Heitz
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Ph:  (406) 245-9991
Fax: (406) 245-0971
caseyheitz@parker-law.com

Jason S. Ritchie
**RITCHIE MANNING KAUTZ LLP**
175 North 27th Street, Suite 1202
Billings, MT 59101
Ph:  (406) 601-1400
jritchie@rmkfirm.com

Attorneys for Defendants FNP, Inc., d/b/a First National Pawn; F N P of Montana, Inc., d/b/a First National Pawn; FNP of Missoula, Inc., d/b/a First National Pawn; FNPS, LLC; and First National Properties, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS BOOSE, individually and on behalf of similarly situated JOHN DOES 1-500,<br><br>Plaintiffs,<br><br>vs.<br><br>FNP, INC., d/b/a FIRST NATIONAL PAWN; F N P of MONTANA, INC., d/b/a FIRST NATIONAL PAWN; FNP of MISSOULA, INC., d/b/a FIRST NATIONAL PAWN; FNPS, LLC; FIRST NATIONAL PROPERTIES, LLC; and DOES 1-5,<br><br>Defendants. | Cause No. _____<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331; 1337(a) & 1441 (a)** |

PLEASE TAKE NOTICE that Defendants FNP, Inc., d/b/a First National Pawn; F N P of Montana, Inc., d/b/a First National Pawn; FNP of Missoula, Inc., d/b/a First National Pawn; FNPS, LLC; and First National Properties, LLC, hereby remove to this Court the State Court action described below:

1. On October 16, 2020, an action was commenced in the Montana Eleventh Judicial District Court, Flathead County, entitled Travis Boose, Plaintiff v. FNP, Inc., d/b/a First National Pawn; F N P of Montana, Inc., d/b/a First National Pawn; FNP of Missoula, Inc., d/b/a First National Pawn; FNPS, LLC; and First National Properties, LLC, Defendants.   A copy of the complaint is attached as exhibit 1.

2. Defendants were served with a copy of the complaint on Friday, October 30, 2020.   Therefore, this Notice of Removal is filed within thirty days of service of the Complaint on Defendants as required by 28 U.S.C. § 1446(b).

3. Federal question jurisdiction under 28 U.S.C. §§ 1331, 1337(a) & 1441(a), is proper as the Plaintiff's claims arise under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.*, and removal is appropriate pursuant to *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 699, 123 S.Ct. 1882, 154 L.Ed.2d 923 (2003).

4. Plaintiff's Complaint also sets out a state wage claim under the

Montana Minimum Wage and Wage Protection Act. This Court has supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367(a) because it arises out of the same operative facts as Plaintiff's claim under the FLSA and "form[s] part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

5. A copy of this notice of removal has been mailed to the following individuals:

> Don C. St. Peter, Esq.
> Michael O'Brien, Esq.
> Logan Nutzman, Esq.
> St. Peter Law Offices, P.C.
> 2620 Radio Way
> P.O. Box 17255
> Missoula, MT 59808
>
> Peg Allison
> Clerk of District Court, Flathead County
> 920 S. Main, Ste 300
> Kalispell, MT   59901-5400

DATED this 13th day of November, 2020.

        **PARKER, HEITZ & COSGROVE, PLLC**
        401 N. 31st Street, Suite 805
        P.O. Box 7212
        Billings, Montana   59103-7212

        */s/   Casey Heitz*
        _____
        Casey Heitz
        Attorney for Defendants FNP, Inc., d/b/a First National Pawn; F N P of Montana, Inc., d/b/a First National Pawn; FNP of Missoula, Inc., d/b/a First National Pawn; FNPS, LLC; and First National Properties, LLC

DATED this 13th day of November, 2020.

        **RITCHIE MANNING KAUTZ PLLP**
        Jason S. Ritchie
        175 North 27th Street, Suite 1206
        Billings, MT 59101

        */s/   Jason S. Ritchie*
        _____
        Jason S. Ritchie
        Attorney for Defendants FNP, Inc., d/b/a First National Pawn; F N P of Montana, Inc., d/b/a First National Pawn; FNP of Missoula, Inc., d/b/a First National Pawn; FNPS, LLC; and First National Properties, LLC