IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS BOOSE, individually and on behalf of similarly situated JOHN DOES 1-500,<br><br>    Plaintiff,<br><br>vs.<br><br>FNP, INC., d/b/a FIRST NATIONAL PAWN; FNP OF MONTANA, INC., d/b/a FIRST NATIONAL PAWN; FNP of MISSOULA, INC., d/b/a FIRST NATIONAL PAWN; FNPS, LLC; FIRST NATIONAL PROPERTIES, LLC, and DOES 105<br><br>    Defendants. | CV 20-164-M-DLC-KLD<br><br><br>ORDER |

  IT IS ORDERED that the preliminary pretrial conference scheduled for January 15, 2021, at 10:00 a.m. will be held telephonically. All counsel shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

  DATED this 28th day of December, 2020.

              _____
              Kathleen L. DeSoto
              United States Magistrate Judge