IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS BOOSE, individually and on behalf of similarly situated JOHN DOES 1-500,<br><br>              Plaintiffs,<br><br>vs.<br><br>FNP, INC., d/b/a FIRST NATIONAL PAWN; FNP of MONTANA, INC., d/b/a FIRST NATIONAL PAWN; FNP of MISSOULA, INC., d/b/a FIRST NATIONAL PAWN; FNPS, LLC; FIRST NATIONAL PROPERTIES, LLC; and DOES 1-5;<br><br>              Defendants. | CV 20–164–M–DLC–KLD<br><br><br><br>              ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings and Recommendation. (Doc. 25.) Judge DeSoto recommends that Defendants' motion to dismiss (Doc. 2) be granted as to Count I of Plaintiffs' complaint, with leave to amend. (Doc. 25 at 14.) Importantly, following issuance of Judge DeSoto's Findings and Recommendation (Doc. 25), Plaintiffs filed an amended complaint. (Doc. 26.)

This amended complaint supersedes Plaintiffs' original complaint and moots Defendants' motion to dismiss to the extent it attacked the original complaint.

1

*Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Authority exists for the proposition that this Court may nonetheless treat

Defendant's motion to dismiss as targeting the amended complaint. *Pettaway v.*

*National Recovery Solutions, LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020); *see also*

*Williams v. Southern Or. Credit Serv., Inc.*, 2016 WL 8261902, \*1–2 (D. Or.

2016).  Given the posture of this case, however, the Court declines to take this

approach.  Defendants are free to file another motion should they elect to do so.

Accordingly, IT IS ORDERED that the Court declines to adopt Judge

DeSoto's Findings and Recommendation (Doc. 25) on the grounds that it is moot.

IT IS FURTHER ORDERED that Defendants' motion (Doc. 2) is DENIED

as moot.

DATED this 17th day of February, 2021.

Dana L. Christensen, District Judge
United States District Court