IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS BOOSE, individually and on behalf of similarly situated JOHN DOES 1-500,<br><br>     Plaintiffs,<br><br>vs.<br><br>FNP, INC., d/b/a FIRST NATIONAL PAWN; FNP of MONTANA, INC., d/b/a FIRST NATIONAL PAWN; FNP of MISSOULA, INC., d/b/a FIRST NATIONAL PAWN; FNPS, LLC; FIRST NATIONAL PROPERTIES, LLC; and DOES 1-5;<br><br>     Defendants. | CV 20–164–M–DLC–KLD<br><br><br>ORDER |

Pursuant to Plaintiff's (sic) Motion to Dismiss with Prejudice (Doc. 30),

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, the

parties to bear their own costs and fees.

DATED this 9th day of March, 2021.

Dana L. Christensen, District Judge
United States District Court

1